UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER STRONG,

    Plaintiff,

v.

    Case No. 1:23-cv-521

    HON. JANE M. BECKERING

AMAURY PEREZ,

    Defendant.
_____/

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant filed a Motion for Partial Summary Judgment on the Basis of Exhaustion (ECF No. 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 25) on April 1, 2024, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Partial Summary Judgment on the Basis of Exhaustion (ECF No. 21) is GRANTED. Plaintiff's claim against Defendant arising out of the events of August 22, 2020 is dismissed without prejudice for failure to exhaust administrative remedies. Plaintiff's claim against Defendant arising from the events of September 18, 2020 proceeds forward.

Dated: April 29, 2024                            /s/ Jane M. Beckering
                                                                               JANE M. BECKERING
                                                                               United States District Judge