UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER STRONG,

    Plaintiff,

v.

AMAURY PEREZ, et al.,

    Defendants.
_____/

Case No. 1:23-cv-521

HON. JANE M. BECKERING

## **ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment (ECF No. 52). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 75) on July 22, 2025, recommending that this Court grant the motion and terminate this action. In addition, the Magistrate Judge recommends that an appeal of this matter by Plaintiff would not be in good faith. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 75) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 52) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated: August 19, 2025                                         /s/ Jane M. Beckering
                                                                JANE M. BECKERING
                                                                United States District Judge